IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNIVERSITY OF WISCONSIN HOSPITALS
AND CLINICS AUTHORITY,

        Plaintiff,

v.

XAVIER BECERRA, Secretary,
U.S. Dept. Of Health and Human Services,

        Defendant.

PRELIMINARY PRETRIAL
CONFERENCE ORDER

21-cv-741-wmc

---

This court held a telephonic preliminary pretrial conference on July 6, 2022. Plaintiff appeared by Daniel Miller and Heather Mogden. Defendant appeared by Megan Stelljes and Jennifer Jaffee. The court set the schedule for this case and advised the parties that their conduct throughout this case is governed by this pretrial conference order and the attachments to it.

The parties and their attorneys must at all times treat everyone involved in this lawsuit with courtesy and consideration. The parties must attend diligently to their obligations in this lawsuit and must reasonably accommodate each other in all matters so as to secure the just, speedy and inexpensive resolution of each proceeding in this matter as required by Fed. R. Civ. Pro. 1. Failure to do so shall have consequences.

1. **Plaintiff's Motion for Summary Judgment: September 15, 2022**
2. **Defendant's Response and Its Motion for Summary Judgment: November 15, 2022**
3. **Plaintiff's Reply and Response: December 15, 2022**
4. **Defendant's Reply: January 31, 2023**
5. **Submission of Joint Appendix: February 15, 2023**

6.     **Submissions for Final Pretrial Conference: May 5, 2023**

        **Responses: May 12, 2023**

7.     **Final Pretrial Conference: May 23, 2023 at 4:00 p.m.**

8.     **Bench Trial: May 30, 2023 at 9:00 a.m.**

        **The parties predict a one or two-day trial.**

9.     **Reporting Obligation of Corporate Parties.**

All parties that are required to file a disclosure of corporate affiliations and financial interest form have a continuing obligation throughout this case promptly to amend that form to reflect any changes in the answers.

Entered this 7th day of July, 2022.

        BY THE COURT:

        /s/

        STEPHEN L. CROCKER
        Magistrate Judge